**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Matthew Lee Krumrey**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Jonathan G. Lebedoff<br>U.S. Chief Magistrate Judge<br><br>Case No: CR 01-66 MJD<br>Date: May 16, 2005<br>Court Reporter: None<br>Tape Number: Not available<br>Time Commenced: 1:00 p.m.<br>Time Concluded: 1:10 p.m.<br>Time in Court: 10 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Erica MacDonald
Assistant U.S. Attorney

**Defendant:** Virginia Villa
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English
On 9 Indictment 9 Information 9 Complaint Violation of 9 Pre-trial Release T **Supervised Release**

9 Charges from other District ____________________________________________

9 Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before________________on__________________.

9 Removal Order to be Issued 9 No Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Preliminary revocation hearing waived.**
**Defendant will be detained until a facility recommended by probation is available.**
**Final Revocation hearing on June 2, 2005 at 10:00 a.m. before Judge Michael J. Davis.**

s/Joan Flood
Signature of Judicial Assistant