A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-66 (1) MJD**

0541-0505-1040-D

Matthew Lee Krumrey

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Matthew Lee Krumrey

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judg.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

May 5, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

_____________________________ _____________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 5-13-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
MAY 16 2005
U.S. DISTRICT COURT MPLS

DC Modified 12/08/04

criminal\warrant.frm