UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-66 (MJD/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MATTHEW LEE KRUMREY, Defendant. | ) ) ) ) ) ) ) ) ) ) | MOTION FOR FURLOUGH |

Defendant, by and through his undersigned attorney, moves the Court to amend its previously issued detention order to allow the Defendant a furlough in order to attend his father's memorial service. Mr. Krumrey's father died in the early morning hours of Sunday, May 23, 2005. The memorial service is scheduled for 11 a.m., Thursday, May 26, 2005, at the Mt. Zion Lutheran Church located at 57th and Chicago, Minneapolis. Counsel has conferred with Mr. Krumrey's probation officer, who has some hesitation about any release, but would not be opposed to a limited release for purposes of attending the memorial service as long as the Court order that transportation be directly to and from the service and the jail facility and be by an appropriate person. Counsel has conferred with the prosecuting attorney, who agrees with the probation officer. Counsel has conferred with Pastor Rich Latterner of Mt. Zion Lutheran Church, and he will be the person responsible for transportation. Pastor Latterner has experience working with people with chemical dependency issues and is aware of the concerns expressed by Mr. Krumrey's probation officer and will take all necessary steps to make sure that Mr. Krumrey can attend the memorial service without enhancing his current problems.

A proposed order is being submitted in conjunction with this motion.

Dated: May 25, 2005

Respectfully submitted,

*s/ Virginia G. Villa*

VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415