# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | **CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER** |
| v. | |
| MATTHEW LEE KRUMREY,<br>Defendant. | Criminal No: 01-66 MJD/JGL |

I hereby certify that on May 25, 2005, I caused the following document(s):

1. Motion for Furlough

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Andrew S. Dunne
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Matthew Krumrey

I further certify that I caused the proposed order to be filed with the court via e-mail to the judicial officer hearing the motion:

Honorable Jonathan G. Lebedoff

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

| | |
|---|---|
| Andrew S. Dunne<br>Assistant U.S. Attorney<br>SERVED VIA E-MAIL | Matthew Krumrey<br><br>SERVED VIA U.S. MAIL |

Dated: May 25, 2005

*s/ Virginia G. Villa*
VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415