UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-66 (MJD/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR FURLOUGH |
| | ) | |
| MATTHEW LEE KRUMREY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the Defendant for a furlough from custody for purposes of attending his father's funeral services, said motion is granted. The United States Marshal Service is directed to allow Defendant to be released from custody at the jail facility where he currently resides by 9:30 a.m. on Thursday, May 26, 2005. Defendant shall be returned to that facility by 2:30 p.m. on that same date. Pastor Rich Latterner is to provide transportation for the Defendant to and from the funeral services. All other conditions of detention previously imposed shall remain in effect before and after the allowed furlough, pending Defendant's final revocation hearing.

Dated: May 25, 2005

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief United States Magistrate Judge