6/04

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
PROCEEDING BEFORE UNITED STATES JUDGE MICHAEL J. DAVIS

**FINAL REVOCATION MINUTES** Court Reporter: Lori Simpson

Criminal No.: 01-66 (MJD/ESS) Date: June 2, 2005

United States of America, Lisa Biersay for Erica McDonald
Counsel for Government

v.

(1) MATTHEW LEE KRUMREY Virginia Villa
Counsel for Defendant

**SENTENCE IMPOSED AS TO COUNT(S)** Mandatory Condition and Standard Condition # 6.

( / ) **Custody of Bureau of Prisons for** 60 days

( / ) Defendant is returned/remanded into U.S. Marshal custody

Supervised Release until original termination date.

s/Debbie Halfman
Signature of Deputy Clerk Debbie Halfman