PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
MAR 17 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Matthew Lee Krumrey**

**Docket No. 0:01CR00066-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Matthew Lee Krumrey** who was sentenced for Bank Robbery on July 17, 2001, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No new crimes; abide by standard conditions of supervised release; no firearms, destructive devices, or dangerous weapons; drug aftercare and testing; alcohol abstinence; mandatory drug testing; financial disclosure; and no employment with fiduciary responsibilities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall participate in a program for drug testing and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or support group.

On March 1 and 6, 2006, Mr. Krumrey failed to report for a scheduled urine test.

> STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

Mr. Krumrey has not submitted monthly reports since November 2005, despite repeated admonishment to do so. After numerous attempts to meet with Mr. Krumrey in person, he was directed in writing to report to the probation office on March 9, 2006, but failed to report or contact the office.

> STANDARD CONDITION #3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

Mr. Krumrey has reported suffering from a number of serious physical ailments. He was directed to compile medical documentation of those conditions to assist in formulating a plan for supervision. He provided a few documents related to mild heart failure and obesity but none that substantiated his more serious claims.

SCANNED
MAR 17 2006
U.S. DISTRICT COURT MPLS

FILED MAR 17 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

-Summons issued

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 16th day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

For Elizabeth M. Callahan
U.S. Probation Officer

Executed on March 14, 2006
Place Minneapolis