**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-66(1)(MJD) |
| | ) | Date: 4/4/06 |
| MATTHEW LEE KRUMREY, | ) | Court Reporter: NA |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: |
| | ) | Time Concluded: |
| | ) | Time in Court: |

The Court has been advised by Betsy Callahan, probation officer, that Mr. Krumrey was never served with the Summons and that he is currently hospitalized. Ms. Callahan will notify the Court to have a second Summons issued once Mr. Krumrey is out of the hospital. It is currently unclear how long Mr. Krumrey will be hospitalized.

First appearance hearing for today is canceled.

Additional Information:

s/SK
Law Clerk