PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Matthew Lee Krumrey**

**Docket No. 0:01CR00066-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Matthew Lee Krumrey** who was sentenced for Bank Robbery on July 17, 2001, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No new crimes; abide by standard conditions of supervised release; no firearms, destructive devices, or dangerous weapons; drug aftercare and testing; alcohol abstinence; mandatory drug testing; financial disclosure; and no employment with fiduciary responsibilities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

In regard to the petition filed March 14, 2006, Mr. Kumrey is now in compliance with the issues noted in that petition. However, he is now in violation of his supervised release as follows:

> MANDATORY CONDITION: The defendant shall refrain from the unlawful use of any controlled substance.

On May 10, 2006, the U.S. Probation Office received laboratory results which confirmed the presence of cocaine metabolite in sweat patches worn by Mr. Krumrey from April 8 to 15, 2006; and from April 15 to 25, 2006.

PRAYING THAT THE COURT WILL ORDER That the petition dated March 14, 2006, will be dismissed and that a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked with respect to the matter submitted herein.

ORDER OF THE COURT

Considered and ordered this 12nd day of May, 2006, and ordered filed and made a part of the records in the above case.

Michael J. Davis

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

SCANNED
MAY 16 2006
U.S. DISTRICT COURT MPLS

For Elizabeth M. Callahan
U.S. Probation Officer

Executed on May 12, 2006
Place Minneapolis

FILED MAY 16 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS Summons issued