IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: 01-66 MJD |
| v. | ) | Date: May 30, 2006 |
| | ) | Court Reporter: |
| **Matthew Lee Krumrey,** | ) | Tape Number: |
| | ) | Time Commenced: 3:10 p.m. |
| Defendant. | ) | Time Concluded: 3:12 p.m. |
| | | Time in Court: 2 Minutes |

## APPEARANCES:

Plaintiff: Jon Marti, Assistant U.S. Attorney
Defendant: Scott Tilsen

☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: n/a
Date Charges Filed: 5/16/06 Offense:

☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $[Bond amount] with conditions, see Order Setting Conditions of Release.**
Next appearance date is at before U.S. Magistrate Judge Noel for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: **Defendant failed to appear. Bench warrant ordered for defendant's arrest.**

s/*Cathy Orlando*
Judicial Assistant