**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA,
Plaintiff,
v.
**Matthew Lee Krumrey,**
Defendant.

COURTROOM MINUTES - CRIMINAL
BEFORE: Magistrate Judge Noel

| | |
|---|---|
| Case No: | 01-66 MJD |
| Date: | June 2, 2006 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 3:10 p.m. |
| Time Concluded: | 3:20 p.m. |
| Time in Court: | 10 Minutes |

## APPEARANCES:

Plaintiff: Jon Marti, Assistant U.S. Attorney
Defendant: James Ostgard (filling in for the Public Defender's Office)
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: n/a
Date Charges Filed: 5/16/06 Offense:
☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**
Next appearance date is **6/7/06** at **2:00 p.m.** before Judge Davis for:
☐ detention hrg ☒ preliminary hrg ☐ arraignment ☐ removal hrg ☒ final revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/*Cathy Orlando*
Judicial Assistant