**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

(1) MATTHEW KRUMREY,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: MICHAEL J. DAVIS
U.S. District Court Judge

Case No: 01-66 (MJD/ESS)
Date: June 7, 2006
Court Reporter: Lori Simpson
Tape Number:
Time Commenced: 10:07
Time Concluded: 10:31
Time in Court: 24 minutes

## APPEARANCES:

Plaintiff: John Marti, Assistant U.S. Attorney
Defendant: Scott Tilsen FPD

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant denies allegations.

One witness was called by government. After some testimony, defendant admitted to the violations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Supervised Release - none to follow
☒ Defendant is sentenced to: 30 days

s/Debbie Halfman
Calendar Clerk