AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-66 MJD

Matthew Lee Krumrey

RECEIVED US MARSHALS SERVICE MPLS MN 2006 MAY 16 P 2:50

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Franklin L. Noel**

On: **5/30/06 at 3:00 p.m.**

RECEIVED JUN - 9 2006 U.S. CLERK DISTRICT COURT MINNEAPOLIS, MINNESOTA

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: May 16, 2006

SCANNED JUN 13 2006 U.S. DISTRICT COURT MPLS

RECEIVED MAY 31 2006 U.S. PROBATION OFFICE MINNEAPOLIS, MINNESOTA

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Elizabeth M. Callahan Date: 5/26/06

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______

☑ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Harriet Krumrey

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ______ AL GARBER
Date Name of United States Marshal

______
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure