A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JUN - 9 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01cr66 MJD**
0641 · 0531 · 1026 - F

Matthew Lee Krumrey

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Matthew Lee Krumrey

and bring him or her forthwith to the nearest Magistrate Judge to answer an Oral Order of the Court charging him or her with:

Failure to Appear

Ordered by: Franklin L. Noel, United States District Court Magistrate Judge.

SCANNED
JUN 0 9 2006
U.S. DISTRICT COURT MPLS

(By) Jackie Ellingson, Deputy Clerk

May 30, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________ Signature of Arresting Officer ______________________

ARRESTED ON 6-2-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lamunte

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 MAY 30 P 4: 24

criminal\warrant.frm

DC Modified 12/08/04