USM

Released End of Sentence 6/30/06

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

2006 JUN 13 P 3: 45

UNITED STATES OF AMERICA
v.
**Matthew Lee Krumrey**

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation** of Supervised Release)
Case Number: **01-66 (1) (MJD/ESS)**
USM Number: **08298-041**
Social Security Number: **3886**
Date of Birth: **1951**

**Scott Tilsen**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s): **Mandatory Condition** of the term of supervision.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | The defendant shall refrain from the unlawful use of any controlled substance. | May 10, 2006 |

RECEIVED
06 JUL 17 AM 11:36
CLERK, U.S. DIST. COURT
MINNEAPOLIS

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**June 7, 2006**
Date of Imposition of Judgment

s/Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

June 12, 2006
Date

A true printed copy in 3 sheet(s)
of the electronic record filed on 6-12-06
in the United States District Court
for the District of Minnesota.
CERTIFIED, 6-12, 2006
RICHARD D. SLETTEN
BY [signature]
Deputy Clerk

SCANNED
JUL 19 2006
U.S. DISTRICT COURT MPLS

DEFENDANT: MATTHEW LEE KRUMREY
CASE NUMBER: 01-66 (1) (MJD/ESS)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **30 days**.

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________

at ________________________, with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal

DEFENDANT: MATTHEW LEE KRUMREY
CASE NUMBER: 01-66 (1) (MJD/ESS)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall have no supervised release.